IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Miroyan,<br>        Plaintiff,<br>    v.<br>Gang Chen,<br>        Defendant. | Case No. 22-cv-05750-CRB<br><br>**ORDER TO SHOW CAUSE** |

On September 21, 2022 Michael Miroyan ("Miroyan") appealed the lifting of the automatic stay in In re Michael Haroutin Miroyan, No. 22-50339, dkt. 59 (N.D. Cal. Bankr. Sept. 6, 2022). On October 12, 2022, that notice of appeal was docketed in this Court, and a scheduling order was filed, directing the parties to perfect the record, and directing appellant to file his principal brief within 30 days after the docketing of notice that the record has been transmitted. See dkts. 1–2. On November 7, 2022, the clerk filed a notice indicating that Miroyan had failed to perfect his appeal. See dkt. 3. On February 21, 2023, it appears that Miroyan attempted to file a notification of transcript completion and designation of record, see dkt. 4, but he has failed to file a statement of issues. Under Federal Bankruptcy Rule 8009, the designation and statement must be filed within 14 days, Fed. R. Bankr. P. 8009(a)(1)(B), and this appeal has been docketed for more than four months.

The Court hereby orders Miroyan to show cause within 21 days of this order why this appeal should not be dismissed for failure to prosecute. Failure to respond will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: February 23, 2023

CHARLES R. BREYER
United States District Judge