IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Miroyan,<br>   Appellant,<br>  v.<br>Gang Chen,<br>   Appellee. | Case No. 22-cv-05750-CRB<br><br>**ORDER DISMISSING APPEAL** |

On February 23, 2023, the Court ordered Appellant Michael Miroyan ("Miroyan") to show cause by March 16, 2023 why his appeal should not be dismissed failure to prosecute. See OSC (dkt. 5). The Court warned that "[f]ailure to timely respond to this order will result in dismissal of this action with prejudice." Id. Miroyan has failed to respond. Accordingly, this appeal is DISMISSED.

**IT IS SO ORDERED.**

Dated: March 31, 2023

CHARLES R. BREYER
United States District Judge